UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| YINKE CHEN,<br><br>            Petitioner,<br><br>      v.<br><br>GERETI SEMAIA, et al.,<br><br>            Respondents. | Case No. 5:26-cv-02637-DOC-JDE<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"), the Answer to the Petition (Dkt. 7), the Traverse (Dkt. 8), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 9, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT the Judgment shall be entered:

(1) granting the Petition as to Count Three, with Respondents ORDERED to immediately release Petitioner subject to his preexisting order of supervision and to return his "personal belongings, including his driver's license"; and

(2) denying the Petition as to all other claims and relief without prejudice.

Dated: May 29, 2026

*David O. Carter*
DAVID O. CARTER
United States District Judge