UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| YINKE CHEN, | Case No. 5:26-cv-02637-DOC-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| FERETI SEMAIA, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is: (1) granted as to Count Three, with Respondents ORDERED to immediately release Petitioner from custody subject to the conditions of his preexisting order of supervision and to return his "personal belongings, including his driver's license"; and (2) denied in all other respects without prejudice.

Dated:  May 29, 2026

_David O. Carter_
_____
DAVID O. CARTER
United States District Judge